IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00497-RM-STV

HANNAH FREDERICK,

    Plaintiff,

v.

MURPHY COMPANY MECHANICAL CONTRACTORS AND ENGINEERS,

    Defendant.

---

### STIPULATED MOTION TO DISMISS WITH PREJUDICE
---

Plaintiff Hannah Frederick and Defendant Murphy Company Mechanical Contractors and Engineers by their respective undersigned counsel and in accordance with Federal Rules of Civil Procedure 7(b)(1) and 41(a)(1)(ii), hereby respectfully request that this Honorable Court dismiss this action with prejudice, with each party to bear her or its own attorney fees and costs.

Dated:   January 9, 2019

Respectfully submitted,

| | |
|---|---|
| *s/Sean McCurdy*_____ | *s/Amy L. Miletich*_____ |
| Sean McCurdy | Amy L. Miletich |
| McCurdy & Echstadt, P.C. | Miletich PC |
| 9085 E. Mineral Circle, Suite 380 | 1660 Wynkoop, Suite 1160 |
| Centennial, CO 80112 | Denver, CO 80202 |
| (303) 832-8870 | (303) 825-5500 |
| mccurdy@mccurdy-eichstadt.com | amiletich@miletichpc.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2019, I electronically filed the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will send electronic notification of this filing to:

Sean M. McCurdy, Esq.
McCurdy & Eichstadt, P.C.
9085 E. Mineral Circle, Suite 380
Centennial, CO 80112
(303) 832-8870
mccurdy@mccurdy-eichstadt.com
*Attorney for Plaintiff*

        *s/Amy L. Miletich*
        Amy L. Miletich
        Miletich PC
        1660 Wynkoop, Suite 1160
        Denver, CO 80202
        Telephone: (303) 825-5500
        Email: amiltich@miletichpc.com
        *Attorney for Defendant*