# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-00497-RM-STV

HANNAH FREDERICK,

    Plaintiff,

v.

MURPHY COMPANY MECHANICAL CONTRACTORS AND ENGINEERS,

    Defendant.

---

## ORDER

---

This matter comes before the Court on the Stipulated Motion to Dismiss with Prejudice (ECF No. 58). The Court, having reviewed the stipulated motion and being fully advised in the premises, hereby ORDERS as follows.

The parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear her or its own attorney's fees and costs.

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 10th day of January, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge